# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1878
Lower Tribunal No. 22-10419 CA-01
_____

**Maikel Gonzalez Rodriguez,**
Appellant,

vs.

**Direct General Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko Sanchez, Judge.

George David, P.A., and Christian Carrazana, for appellant.

McFarlane Law and William J. McFarlane, III and Michael K. Mittelmark (Coral Springs), for appellee.

Before LINDSEY, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.